# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 10, 2022

## NO. 03-21-00498-CV

**Sterling Hampton, Appellant**

**v.**

**GDS Associates, Inc. and Hi-Line Engineering, Appellees**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, TRIANA
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 31, 2021. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.